```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**IN THE MATTER OF BRAD GALPIN AND**               **CIVIL ACTION**
**WILLIAM CASTER, AS OWNERS, AND**
**PAUL GRIFFIN, AS OPERATOR, OF THE**              **NO. 16-13835**
**2004 28' TRITON 2895, PETITIONING FOR**
**EXONERATION FROM OR LIMITATION**
**OF LIABILITY**                                    **SECTION "B"(2)**

## ORDER

Before the Court is Third-Party Defendant, United Specialty Insurance Company's ("United") "Agreed Motion to Extend Report Deadline for Insurance Coverage Issues" (Rec. Doc. 75),

**IT IS ORDERED** that the motion is **GRANTED** and the deadline for the Parties' exchange of expert reports on insurance coverage issues is hereby **EXTENDED** until **February 26, 2018** in the above-reference matter.

New Orleans, Louisiana, 14th day of February, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE